884 A.2d 1252

IN THE MATTER OF JAY RONALD KOLMAR, AN ATTORNEY AT LAW (ATTORNEY NO. 046381989).

November 3, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–158, concluding that by way of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **JAY RONALD KOLMAR**, formerly of **PARSIPPANY**, who was admitted to the bar of this State in 1990, should be disbarred;

And the basis for said disbarment being respondent's disbarment by consent in New York, effective February 15, 2005, for conduct in violation of *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation);

And **JAY RONALD KOLMAR** having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **JAY RONALD KOLMAR** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **JAY RONALD KOLMAR** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JAY RONALD KOLMAR** pursuant to *Rule* 1:21–6, shall be restrained from disbursement except upon application to this Court, for good cause shown and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.